

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

John Joseph Ramp III - #134649

_____/

CV 10 80 308 MISC

VRW

**ORDER TO SHOW CAUSE**

It appearing that John Joseph Ramp III has been suspended by the California Supreme Court due to noncompliance with Rule 9.22 for failure to contribute to Child and Family Support, effective November 30, 2010,

**IT IS ORDERED**

That respondent show cause in writing on or before January 28, 2011 as to why he should not be suspended from the practice of law before this court, pending further notice from the State Bar of California.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

John Joseph Ramp III
Attorney At Law
Ramp & Associates
7755 Center Ave Ste 1100
Huntington Beach, CA 92647