**FILED**

FEB 15 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                    No CV 10 80308 MISC VRW

John Joseph Ramp III,
                                     ORDER
    State Bar No 134649
_____/

On December 14, 2010, the court issued an order to show cause (OSC) why John Joseph Ramp III should not be removed from the roll of attorneys authorized to practice law before this court, based upon his suspension by the Supreme Court of California due to non-compliance with Rule 9.22, effective November 30, 2010.

The OSC was mailed to Mr Ramp's address of record with the State Bar on December 16, 2010. A written response was due on or before January 28, 2011. Mr Ramp filed a response on January 19, 2011, advising the court that the State Bar had released the hold in his license. The State Bar web site shows Mr Ramp is now on active status and may practice law in California.

The OSC is therefore discharged. The clerk is directed to close the file.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the matter of:

John Joseph Ramp III,

_____/

Case Number: CV10-80308 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 15, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John Joseph Ramp III
Ramp & Associates
7755 Center Ave, Ste 1100
Huntington Beach, CA 92647

Dated: February 15, 2011

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*